FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 FEB 15  PM 4:55

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MICHAEL A. DORSEY                                    CIVIL ACTION

VERSUS                                               NO. 05-3657

RONNIE SEAL ET AL.                                   SECTION "F" (2)

### ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Findings and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion.

Accordingly, IT IS ORDERED that the claims of Michael A. Dorsey are DISMISSED WITH PREJUDICE for failure to prosecute.

New Orleans, Louisiana, this 15th day of February, 2006.

_____
UNITED STATES DISTRICT JUDGE